TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Wheeler*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wheeler, <br><br> Plaintiff, <br><br> vs. <br><br> Trans Union, LLC, et al., <br><br> Defendants. | Case No.:  2:17-cv-03328-JAT <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax

Information Services, LLC, in the above-captioned case have reached a settlement.

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

1  Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within

2

3  60 days.

4           RESPECTFULLY SUBMITTED this 13th day of November, 2017.

5

6                                    KENT LAW OFFICES

7

8                                    By: ___/s/   Trinette G. Kent_____

9                                    Trinette G. Kent
                                     Attorney for Plaintiff,
10                                   Michael Wheeler

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28