**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wheeler,<br><br>    Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.,<br><br>    Defendants. | No. CV-17-03328-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the parties' motion for a stipulated to protective order (Doc. 37). The protective order seeks to protect "Confidential Information" which the parties define as: Defendants' confidential and proprietary trade secrets and other business information and personal identifying information of Plaintiff. This definition is far too broad to justify protection.

Specifically, global protective orders are not appropriate. *See AGA Shareholders, LLC v. CSK Auto, Inc.*, 2007 WL 4225450, at *1 (D. Ariz. Nov. 28, 2007). Rule 26(c) requires a party seeking a protective order to show good cause for issuance of such an order. Fed. R. Civ. P. 26(c)(1). "For good cause to exist under Rule 26(c), 'the party seeking protection bears the **burden of showing specific prejudice or harm will result if no protective order is granted**.'" *AGA Shareholders*, 2007 WL 4225450, at *1 (emphasis added) (quoting *Phillips v. G.M. Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002)). The party seeking protection "**must make a 'particularized showing of good cause with respect to [each] individual document**.'" *Id.* (emphasis added) (quoting *San*

*Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999)).

Thus, "[t]he burden is on the party to requesting a protective order to demonstrate that (1) the material in question is a trade secret or other confidential information within the scope of Rule 26(c), and (2) disclosure would cause an identifiable, significant harm." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003) (quoting *Deford v. Schmid Prods. Co.*, 120 F.R.D. 648, 653 (D. Md. 1987)).

Because the parties have filed to make the showing required to qualify for a protective order,

**IT IS ORDERED** that the motion for protective order (Doc. 37) is denied, without prejudice.

Dated this 1st day of June, 2018.

_____
James A. Teilborg
Senior United States District Judge