1  TRINETTE G. KENT (State Bar No. 025180)
2  KENT LAW OFFICES
3  3219 E. Camelback Rd., #588
   Phoenix, AZ 85018
4  Telephone:  (480) 247-9644
   Facsimile:  (480) 717-4781
5  E-mail: tkent@kentlawpc.com
6
7  Of Counsel to:
   Credit Repair Lawyers of America
8  22142 West Nine Mile Road
   Southfield, MI 48033
9  Telephone:  (248) 353-2882
10 Facsimile:  (248) 353-4840
11
   *Attorneys for Plaintiff,*
12 *Michael Wheeler*
13
                   IN THE UNITED STATES DISTRICT COURT
14
                     FOR THE DISTRICT OF ARIZONA
15

16 Michael Wheeler,                      | Case No.:  2:17-cv-03328-JAT
17              Plaintiff,
18
19     vs.                               | **NOTICE OF SETTLEMENT AS TO**
                                         | **DEFENDANT TRANS UNION, LLC,**
20 Trans Union, LLC, et al.,             | **ONLY**
21
              Defendants.
22

23
         NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC,
24
25 in the above-captioned case have reached a settlement.  The parties anticipate filing a
26
   Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY,
27
28 pursuant to Fed. R. Civ. P. 41(a) within 60 days.

                                         1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED this 2nd day of August, 2018.

KENT LAW OFFICES

By: /s/  Trinette G. Kent
Trinette G. Kent
Attorney for Plaintiff,
Michael Wheeler