TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Wheeler*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wheeler, | Case 2:17-cv-03328-JAT |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |
| vs. | |
| Trans Union, LLC et al., | |
| Defendants. | |

Plaintiff and Defendant Trans Union, LLC, through counsel undersigned and

pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may

1

be dismissed with prejudice against Defendant Trans Union, LLC, only, with each

party to bear its own attorneys' fees and costs.

DATED this 18th Day of September, 2018

KENT LAW OFFICES


By:___/s/   Trinette G. Kent_____
Trinette G. Kent
*Attorney for Plaintiff*
*Michael Wheeler*


COHEN DOWD QUIGLEY



*/s/J. Neil Stuart*
J. Neil Stuart
*Counsel for Trans Union, LLC*