IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wheeler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.,<br><br>　　　　Defendants. | No. CV-17-03328-PHX-JAT<br><br>**ORDER** |

The Court, having considered the parties' Stipulation of Dismissal of Trans Union, LLC. (Doc. 54), and good cause appearing,

**IT IS ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Trans Union, Inc., only, with each party to bear its own attorneys' fees and costs. Because Trans Union, Inc. is the only remaining Defendant, the Clerk of the Court shall close this case.

Dated this 18th day of September, 2018.

James A. Teilborg
Senior United States District Judge